**\*\*E-filed 10/14/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SVEND LA ROSE,                                    No. C 10-2472 RS

              Plaintiff,

    v.                                         **ORDER TO SHOW CAUSE WHY**
                                                   **CASE SHOULD NOT BE DISMISSED**
                                                   **FOR LACK OF PROSECUTION**
SOCIAL SECURITY ADMINISTRATION,
et al.,

              Defendants.

_____/

     Plaintiff filed this action on June 4, 2010.  On June 16, 2010, the then-assigned magistrate judge sent a letter directing plaintiff to either consent or decline to consent to the jurisdiction of a magistrate judge no later than June 25, 2010.  Plaintiff did not respond, and the action was reassigned to the undersigned.

     Plaintiff's *in forma pauperis* application was granted.  On July 23, 2010, the Clerk of the Court requested plaintiff to provide addresses for service on defendants, to permit compliance with the order granting *in forma pauperis* status.  Plaintiff has not responded.

     On October 14, 2010, the duly-noticed initial Case Management Conference was called, but plaintiff failed to appear.  Accordingly, on November 4, 2010, at 1:30 p.m., in Courtroom 3, Seventeenth Floor of the Court, located at 450 Golden Gate Avenue, San Francisco, CA, plaintiff

United States District Court

For the Northern District of California

shall appear and show cause, if any, why this case should not be dismissed for lack of prosecution. Failure to appear will result in dismissal of the action.

IT IS SO ORDERED.

Dated: 10/14/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California