**\*\*E-filed 11/10/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SVEND LA ROSE,<br><br>             Plaintiff,<br>     v.<br><br>SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>             Defendants. | No. C 10-2472 RS<br><br>**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |

On October 14, 2010, plaintiff was ordered to show cause why this action should not be dismissed for lack of prosecution. Plaintiff failed to appear at the hearing or otherwise to respond to the order. Accordingly, this action is hereby dismissed.

IT IS SO ORDERED.

Dated: 11/10/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE